7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Albert Alphonso Carter, Jr and Brandy Nikia Cornelius−Carter<br>*Debtor* | *Bankruptcy Case No.*<br>15−41820−can7 |
| **State of Kansas Department of Labor**<br>    Plaintiff(s) | *Adversary Case No.*<br>15−04125−can |
| v. | |
| **Albert Alphonso Carter Jr**<br>    Defendant(s) | |

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the described unemployment insurance benefit indebtedness owed by Defendant Carter to KDoL in the amount of $1,440.00, which is subject to statutory penalties in the amount of $0 and interest as imposed pursuant to K.S.A. §44−719(d)(2), which interest has accrued in the amount of $705.42 as of the end of August, 2015, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Carter.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 12/4/15

Court to serve